UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 OCT 20  PM 12: 58

IVAN GUACAN

    Plaintiff(s),

-against-

Hawkeye Security And
Thomas de los Santos

    Defendant(s).

Docket No: 22 CV 07331 )( JMF )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Thomas M delos - Santos
Name (Last, First, MI)

☐ Plaintiff
☑ Defendant

112 Lincoln Ave    Bronx    NY    10454
Address           City      State  Zip Code

914 564-3465     HawkeyeSecurityNyc@gmail.com
Telephone Number  e-mail address

10/20/22          [signature]
Date              Signature