

RECEIVED
SDNY PRO SE OFFICE

2022 OCT 20  PM 12: 58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case #22-CV-07333 (JMF)

Hon.  Jesse M. Furman

Your Honor I write you this letter in regards to Case # 22-CV-07333

IVAN GUACAN V HAWKEYE SECURITY NYC LLC AND THOMAS DE LOS SANTOS

I was informed of this lawsuit on the 10/17. I do not believe I was served properly in this matter. I'm asking that the judgement against me be set aside for further discovery. I have substantial evidence to to show that Hawkeye Security is not negligent in this matter. If allowed to present the facts.

Thank you,

Thomas de los Santos

Hawkeye Security NYC

Thomas@hawkeyesecuritynyc.com

914.564.3465