UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
IVAN GUACAN, *on behalf of himself and others* :
*similarly situated in the proposed FLSA Collective Action*, :
:
                                    Plaintiff, :         22-CV-7333 (JMF)
:
        -v- :             ORDER
:
HAWKEYE SECURITY NY LLC et al., :
:
                                  Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed during the telephone conference held on October 27, 2022, Defendant Hawkeye Security NY LLC is **granted until November 28, 2022,** to answer or otherwise respond to the Complaint, and Defendant Thomas de los Santos is **granted until November 28, 2022**, to amend his answer or otherwise respond to the Complaint.

      SO ORDERED.

Dated: October 27, 2022
       New York, New York                           _____
                                                              JESSE M. FURMAN
                                                    United States District Judge