UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IVAN GUACAN, *on behalf of himself and others* :
*similarly situated in the proposed FLSA Collective Action*, :
: 22-CV-7333 (JMF)
Plaintiff, :
: MEDIATION REFERRAL
-v- : ORDER
:
HAWKEYE SECURITY NY LLC et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. **The mediation should take place within 90 days.** The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated: December 5, 2022
New York, New York
_____
JESSE M. FURMAN
United States District Judge